IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLYDE DERRICK EDDINGTON,

    Petitioner,                    No. CIV S-06-2581 MCE EFB P

    vs.

D. ADAMS, Warden, et al.,

    Respondents.                ORDER

_____/

    Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

    Petitioner challenges a conviction in the Kern County Superior Court. The action arises out of acts or occurrences in Kern County, which is located in the Fresno portion of this court's intra-district venue provisions. For that reasons, this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

    Accordingly, it is hereby ordered that:

    1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

    2. The Clerk of Court shall assign a new case number;

/////

/////

1    3. The new case number shall be used on all future filings, and such filings shall filed at:

2    United States District Court
     Eastern District of California
3    2500 Tulare Street
     Fresno, CA  93721
4

5    Dated:  December 7, 2006.

6
                          _____
7                         EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE

2